```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
JUAN AGUILAR ROSA individually and on behalf of                      :
others similarly situated,                                           :
                                                                     :
                            Plaintiff,                               :      22-cv-1823 (LJL)
                                                                     :
         -v-                                                         :      ORDER
                                                                     :
68TH GRILL INC. d/b/a/ AMERICA'S CAFE & GRILL,                       :
PETER NIKOLAKAKOS,                                                   :
                                                                     :
                            Defendants.                              :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2022

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. At the request of Plaintiff with consent of the Defendants, the Court adjourned the initial pre-trial conference scheduled for today, June 24, 2022, *sine die*. The Court will hold a telephonic conference in this matter on August 8, 2022 at 2:00 p.m. The parties are directed to dial in to the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts. If a settlement agreement is filed on the docket before this conference, the Court will treat the conference as a hearing to scrutinize the settlement—including any proposed attorneys' fee award—to ensure that it is fair. *See Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d Cir. 2020); *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      SO ORDERED.

Dated: June 24, 2022
       New York, New York

                                                  LEWIS J. LIMAN
                                         United States District Judge