```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/5/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JUAN AGUILAR ROSA *individually and on behalf of*  :
*others similarly situated*,  :
:
                        Plaintiff,  :      22-cv-1823 (LJL)
:
          -v-  :      ORDER
:
68TH GRILL INC. d/b/a/ AMERICA'S CAFE & GRILL,  :
PETER NIKOLAKAKOS,  :
:
                        Defendants.  :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case.  On June 24, 2022, the Court entered an Order adjourning the initial pre-trial conference to August 8, 2022 at 2:00 p.m.  Dkt. No. 21.  The Order stated that if a settlement agreement is filed on the docket before this conference, the Court will treat the conference as a hearing to scrutinize the settlement—including any proposed attorneys' fee award—to ensure that it is fair.  *See Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d Cir. 2020); *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  The parties have not submitted the settlement agreement for Court approval.  The conference currently scheduled for August 8, 2022 is therefore rescheduled to August 16, 2022 at 3:00 p.m.  The parties are directed to dial in to the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.  In advance of that conference, the parties shall submit the settlement agreement for Court approval, along with an explanation of why it is fair and reasonable.

      SO ORDERED.

Dated: August 5, 2022
       New York, New York
                                               LEWIS J. LIMAN
                                             United States District Judge