UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JUAN AGUILAR ROSA *individually and on behalf of others similarly situated*,

                Plaintiff,

        -v-

68TH GRILL INC. d/b/a/ AMERICA'S CAFE & GRILL, PETER NIKOLAKAKOS,

                Defendants.
-------------------------------------------------------------------X

22-cv-1823 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

A hearing on the settlement was held on August 16, 2022. For the reasons stated at that hearing, the Court finds that the settlement is fair and reasonable and approves Plaintiff's counsel's request for attorneys' fees and costs. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012); *see also Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d Cir. 2020).

The parties are directed to file on a stipulation of dismissal by August 30, 2022.

SO ORDERED.

Dated: August 17, 2022
      New York, New York

                                           LEWIS J. LIMAN
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2022