UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN AGUILAR ROSA, *individually and on behalf of others similarly situated,*<br><br>Plaintiff,<br><br>-against-<br><br>68TH GRILL INC. (D/B/A AMERICA'S CAFE & GRILL) and PETER NIKOLAKAKOS,<br><br>*Defendants.* | 22-cv-01823-LJL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned Parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice, without costs to either party.

_____
Jesse Barton, Esq.
CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165

_____
Carlene Jadusingh, Esq.
Law Offices of Carlene Jadusingh, PLLC
225 Broadway, Suite 1803
New York, NY 10007

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

9/6/2022